UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                   Case No.  95-81146

v.

                                   Honorable Patrick J. Duggan

CHRISTOPHER ALLEN, JR.,

      Defendant.

_____/

**ORDER**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on August 10, 2009.

PRESENT:      THE HONORABLE PATRICK J. DUGGAN
                    U.S. DISTRICT COURT JUDGE

On November 4, 2008, this Court appointed the Federal Defender Office to review Mr. Allen's file with regard to his eligibility for resentencing under 18 U.S.C. § 3582(c) (modification of an imposed term of imprisonment) and Guideline Amendment 706 (relating to "crack cocaine").  After a review of Mr. Allen's file, Leroy T. Soles, an attorney with the Federal Defender Office, advised the Court that he does not believe that Mr. Allen is eligible for resentencing under 18 U.S.C. § 3582(c) and Guideline Amendment 706.

The Court concurs with the conclusion reached by Mr. Soles that Mr. Allen is not eligible for resentencing.

**SO ORDERED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:


Leroy T. Soles, Esq.
Michael Leibson, AUSA